UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MATTHEW ARIASLEE,

             Plaintiff,

             JUDGMENT
             19-CV-3386 (AMD)(LB)

             -against-

Department of Corrections
*(AMKC) Rikers Island at 1818 Hazen Street*;
Correction Officer Cruz, Toliver *Shield* #1904,
Grein *Shield* #5970, John Doe,

             Defendants.
------------------------------------------------------------ X

    An Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on September 5, 2019, dismissing this action without prejudice; it is

    ORDERED and ADJUDGED that this action is dismissed without prejudice.

Dated: Brooklyn, NY               Douglas C. Palmer
      September 9, 2019          Clerk of Court

                                 By:    /s/*Jalitza Poveda*
                                          Deputy Clerk